CLAREMONT LABORATORIES, INC., Respondent, v. F. W. KRAEMER and Another, Appellants, Impleaded with Others, Defendants.— Judgment modified so as to provide that plaintiff recover from defendants interest upon the fund in litigation

from the date of deposit thereof, March 27, 1924, at six per cent per annum, less any sum which plaintiff may receive from the city chamberlain by way of interest on the sum deposited with him, and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.